# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Philip D. Smith <br> *Petitioner* <br> v. <br> Warden FCI Williamsburg <br> *Respondent* | ) <br> ) <br> ) Civil Action No.  4:17-cv-2258-RBH <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: The Court dismisses Petitioner's § 2241 petition without prejudice and without requiring Respondent to file an answer or return. The Court denies a certificate of appealability.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   January 31, 2018                           *CLERK OF COURT*

                                                    s/Debbie Stokes

                                                    *Signature of Clerk or Deputy Clerk*